UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81149-CIV-ROSENBAUM/SELTZER

JEAN LIMAGE,

       Plaintiff,

v.

TGS CATERING, INC. *et al.*,

       Defendants.
_____/

## ORDER REQUIRING SCHEDULING REPORT

This matter is before the Court upon a review of the case file. On November 1, 2012, this Court issued an Order requiring the parties to meet and confer regarding discovery and scheduling issues within fourteen days of the filing of a response to the Complaint by any Defendant and to file a joint discovery plan and conference report with the Court within seven days of the parties' conference. D.E. 7, ¶¶ 2-3. Defendants filed their answer to Plaintiff's Complaint on February 22, 2013. D.E. 22. The maximum time available for the parties to file a joint discovery plan and conference report expired on March 15, 2013, but no discovery plan and conference report has yet been filed by the parties.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **March 29, 2013**, the parties shall file a joint discovery plan and scheduling report as previously required by the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending

party or parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 22nd day of March 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record